AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF DELAWARE _____

### SUMMONS IN A CIVIL CASE

WILLIAM L. HICKEY,
on behalf of himself and
all others similarly situated

**V.**                                    CASE NUMBER:    0 5 - 7 3 5

VERIZON COMMUNICATIONS, INC.,
a Delaware corporation.

**TO**:   Verizon Communications, Inc.
c/o their Registered Agent
Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY(name and address)

Kevin Gross, Esquire
Rosenthal, Monhait, Gross & Goddess, P.A.
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                          OCT 2 0 2005

_____        _____
CLERK                           ,        DATE

_Evette Watson_
_____
(BY) DEPUTY CLERK

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE<br><br>October 20, 2005 |
|---|---|
| NAME OF SERVER (PRINT)<br><br>Donna Sianni | TITLE<br><br>Office messenger |

Check one box to indicate appropriate method of service:

☒ Served personally upon the defendant's Registered Agent. Place where served: Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____
_____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare, under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___October 20, 2005___
          Date

Signature of Server
Rosenthal, Monhait, Gross & Goddess, P.A.
919 Market St. Ste 1401 Wilmington, DE 19801
Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.