IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM L. HICKEY, on behalf of himself and all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VERIZON COMMUNICATIONS, INC., a Delaware corporation,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-735-JJF<br>)<br>) JURY TRIAL DEMANDED<br>)<br>)<br>) |

## CORPORATE DISCLOSURE STATEMENT

The undersigned, counsel for Verizon Communications Inc., hereby certifies as follows pursuant to Federal Rule of Civil Procedure 7.1(a):

1. Verizon Communications Inc. does not have a parent corporation and no other publicly held corporation owns 10% or more of its stock.

2. Publicly Held Companies: Verizon Communications Inc. is publicly traded on the New York Stock Exchange.

POTTER ANDERSON & CORROON LLP

By: /s/ Jennifer Gimler Brady
Jennifer Gimler Brady (Del. Bar 2874)
Hercules Plaza, Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, Delaware 19899-0951
(302) 984-6042 – Telephone
(302) 658-1198 – Facsimile
jbrady@potteranderson.com – Email

*Attorneys for Defendant, Verizon Communications Inc.*

OF COUNSEL:

Jeffrey G. Huvelle, Esquire
COVINGTON & BURLING
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2401
(202) 662-6000 – Telephone
(202) 662-6291 – Facsimile

Dated: November 9, 2005
PA&C-706861v1

# CERTIFICATE OF SERVICE

I, Jennifer Gimler Brady, hereby certifies this 9th day of November, 2005, that the foregoing **CORPORATE DISCLOSURE STATEMENT** was electronically filed with U.S. District Court District of Delaware via CM/ECF (Official Court Electronic Document Filing System) which will send notification of such filing that the document is available for viewing and downloading via CM/ECF to the following counsel of record:

>Kevin Gross (Del. Bar No. 209)
>ROSENTHAL, MONHAIT, GROSS & GODDESS, P.A.
>919 North Market Street
>Suite 1401
>Wilmington, Delaware 19899

>Jennifer Gimler Brady (No. 2874)
>Hercules Plaza – Sixth Floor
>1313 North Market Street
>Wilmington, DE 19801
>(302) 984-6042 (Telephone)
>(302) 658-1192 (Facsimile)
>jbrady@potteranderson.com (Email)