IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM L. HICKEY,<br>    on behalf of himself and all<br>    others similarly situated,<br><br>                Plaintiff,<br><br>v.<br><br>VERIZON COMMUNICATIONS, INC.,<br>    a Delaware corporation,<br><br>                Defendant. | Case No.: 05-735-JJF |

## STIPULATION

WHEREAS, Plaintiff initiated this action on October 20, 2005;

WHEREAS, pursuant to Local Rule 4, Defendant was served on October 20, 2005;

WHEREAS, Defendant's response to the complaint is due on or before November 9, 2005;

WHEREAS, the parties have agreed that Defendant shall be granted an extension of time to respond to Plaintiff's complaint; therefore

IT IS HEREBY STIPULATED AND AGREED:

Between the parties by and through their undersigned counsel, and subject to the approval of the Court, that the time within which Defendant shall answer, move, or otherwise respond to the complaint, if necessary, is extended to and including December 5, 2005.

| | |
|---|---|
| ROSENTHAL, MONHAIT, GROSS & GODDESS, P.A.<br><br>By _____<br>Kevin Gross (#209)<br>919 North Market Street<br>Suite 1401<br>Wilmington, Delaware 19899<br>(302) 656-4433<br><br>Jordan M. Lewis<br>Wood R. Foster Jr.<br>Siegel, Brill, Greupner, Duffy & Foster, P.A.<br>1845 Walnut Street, 24th Floor<br>Philadelphia, PA 19103<br>(215) 814-9322<br><br>Peter N. Wasylyk<br>Law Offices of Peter N. Wasylyk<br>1304 Chalkstone Avenue<br>Providence, RI 02908<br>(401) 831-7730<br><br>*Attorneys for Plaintiff* | POTTER ANDERSON & CORROON LLP<br><br>By _____<br>Jennifer Gimler Brady (#2874)<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, Delaware 19899<br>(302) 984-6000<br><br>Jeffrey G. Huvelle<br>Covington & Burling<br>1201 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>(202) 662-6000<br><br>*Attorneys for Defendant* |

IT IS SO ORDERED this _____ day of _____, 2005.

_____
United States District Judge

706803