IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM L. HICKEY,<br>    on behalf of himself and all<br>    others similarly situated,<br><br>            Plaintiff,<br><br>            v.<br><br>VERIZON COMMUNICATIONS INC.,<br>    a Delaware corporation,<br><br>            Defendant. | Case No.: 05-735-JJF |

**DEFENDANT'S MOTION TO DISMISS
PURSUANT TO FED. R. CIV. P. 12(b)(6)**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, defendant Verizon Communications Inc. respectfully moves the Court to dismiss plaintiff's complaint for failure to state a claim upon which relief can be granted.

The grounds for the motion are that (1) the complaint does not allege a breach of fiduciary duty because an employer does not act as a fiduciary under ERISA when it makes decisions as to the design of a benefit plan, and (2) an alleged violation of the ADEA does not state a claim under ERISA § 502(a)(3) for which relief can be granted.

Verizon's brief in support of its motion to dismiss is being filed contemporaneously herewith.

POTTER ANDERSON & CORROON LLP

By *[signature]*
Jennifer Gimler Brady (Del. Bar 2874)
Hercules Plaza, Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, Delaware 19899-0951
(302) 984-6042 – Telephone
(302) 658-1198 – Facsimile
jbrady@potteranderson.com – Email

*Attorneys for Defendant, Verizon Communications Inc.*

OF COUNSEL:

Jeffrey G. Huvelle, Esquire
Elizabeth R. Jungman, Esquire
COVINGTON & BURLING
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2401
(202) 662-6000 – Telephone
(202) 662-6291 – Facsimile
jhuvelle@cov.com – Email
ejungman@cov.com - Email

Dated: December 5, 2005
PA&C-709956v1

## CERTIFICATE OF SERVICE

I, Jennifer Gimler Brady, hereby certify this 5th day of December, 2005, that the foregoing **DEFENDANT'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)** was electronically filed with U.S. District Court District of Delaware via CM/ECF (Official Court Electronic Document Filing System) which will send notification of such filing that the document is available for viewing and downloading via CM/ECF to the following counsel of record:

>Kevin Gross, Esquire
>Rosenthal, Monhait, Gross & Goddess
>Mellon Bank Center, Suite 1401
>P.O. Box 1070
>Wilmington, Delaware 19899-1070

>Jennifer Gimler Brady (No. 2874)
>Hercules Plaza – Sixth Floor
>1313 North Market Street
>Wilmington, DE 19801
>(302) 984-6042 (Telephone)
>(302) 658-1192 (Facsimile)
>jbrady@potteranderson.com (Email)