IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM L. HICKEY,<br>on behalf of himself and all<br>others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VERIZON COMMUNICATIONS INC.,<br>a Delaware corporation,<br><br>Defendant. | Case No.: 05-735-JJF |

### STIPULATION AND ORDER

IT IS HEREBY STIPULATED and agreed between the parties, by and through their undersigned counsel and subject to the approval of the Court, that the briefing schedule pertaining to Defendant Verizon Communication Inc.'s Motion to Dismiss shall be extended as follows:

| | |
|---|---|
| Plaintiff's Answering Brief | December 30, 2005 |
| Defendant's Reply Brief | January 11, 2006 |

ROSENTHAL, MONHAIT, GROSS & GODDESS, P.A.

By /s/ Kevin Gross
Kevin Gross (#209)
919 North Market Street
Suite 1401
Wilmington, Delaware 19899
(302) 656-4433
(401) 831-7730

*Attorneys for Plaintiff*

POTTER ANDERSON & CORROON LLP

By /s/ Jennifer Gimler Brady
Jennifer Gimler Brady (Del. Bar 2874)
Hercules Plaza, Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, Delaware 19899-0951
(302) 984-6042 – Telephone
(302) 658-1198 – Facsimile
jbrady@potteranderson.com – Email

- 2 -

|  |  |
|---|---|
|  | *Attorneys for Defendant Verizon Communications Inc.* |
| OF COUNSEL: | OF COUNSEL: |
| Jordan M. Lewis<br>Wood R. Foster Jr.<br>Siegel, Brill, Greupner, Duffy & Foster, P.A.<br>1845 Walnut Street, 24th Floor<br>Philadelphia, PA 19103<br>(215) 814-9322<br><br>Peter N. Wasylyk<br>Law Offices of Peter N. Wasylyk<br>1304 Chalkstone Avenue<br>Providence, RI 02908 | Jeffrey G. Huvelle, Esquire<br>Elizabeth R. Jungman, Esquire<br>COVINGTON & BURLING<br>1201 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004-2401<br>(202) 662-6000 – Telephone<br>(202) 662-6291 – Facsimile<br>jhuvelle@cov.com - Email<br>ejungman@cov.com - Email |

Dated: December 8, 2005

IT IS SO ORDERED this _____ day of _____, 2005.

_____
United States District Judge

PA&C-710420v1