UNITED STATES DISTRICT COURT
OF THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM L. HICKEY, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>VERIZON COMMUNICATIONS INC., a Delaware corporation,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-735-JJF<br>)<br>) JURY TRIAL DEMANDED<br>)<br>)<br>)<br>)<br>) |

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Jeffrey G. Huvelle, Esquire, Covington & Burling, 1201 Pennsylvania Avenue, NW, Washington, D.C. 20004, to represent Defendant Verizon Communications Inc. in this matter.

OF COUNSEL:

Jeffrey G. Huvelle, Esquire
Elizabeth R. Jungman, Esquire
COVINGTON & BURLING
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2401
(202) 662-6000 – Telephone
(202) 662-6291 – Facsimile
jhuvelle@cov.com – Email
ejungman@cov.com - Email

Dated: December 12, 2005
PA&C-709449V1

POTTER ANDERSON & CORROON LLP

By /s/ Jennifer Gimler Brady
Jennifer Gimler Brady (Del. Bar 2874)
Hercules Plaza, Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, Delaware 19899-0951
(302) 984-6042 – Telephone
(302) 658-1198 – Facsimile
jbrady@potteranderson.com – Email

*Attorneys for Defendant Verizon Communications Inc.*