## CERTIFICATE OF SERVICE

I, Jennifer Gimler Brady, hereby certify this 12th day of December, 2005, that the foregoing **MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*** was electronically filed with U.S. District Court District of Delaware via CM/ECF (Official Court Electronic Document Filing System) which will send notification of such filing that the document is available for viewing and downloading via CM/ECF to the following counsel of record:

>Kevin Gross, Esquire
>Rosenthal, Monhait, Gross & Goddess
>Mellon Bank Center, Suite 1401
>P.O. Box 1070
>Wilmington, Delaware 19899-1070

>Jennifer Gimler Brady (No. 2874)
>Hercules Plaza – Sixth Floor
>1313 North Market Street
>Wilmington, DE 19801
>(302) 984-6042 (Telephone)
>(302) 658-1192 (Facsimile)
>jbrady@potteranderson.com (Email)