# UNITED STATES DISTRICT COURT
## OF THE DISTRICT OF DELAWARE

WILLIAM L. HICKEY, on behalf of      )
himself and all others similarly     )
situated,                            )
                                     )
                     Plaintiff,      )      Civil Action No. 05-735-JJF
                                     )
          v.                         )      JURY TRIAL DEMANDED
                                     )
VERIZON COMMUNICATIONS               )
INC., a Delaware corporation,        )
                                     )
                     Defendant.      )

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the

admission *pro hac vice* of Elizabeth R. Jungman, Esquire, Covington & Burling, 1201

Pennsylvania Avenue, NW, Washington, D.C. 20004, to represent Defendant Verizon

Communications Inc. in this matter.

                                        POTTER ANDERSON & CORROON LLP

                                        By
                                           Jennifer Gimler Brady (Del. Bar 2874)
                                           Hercules Plaza, Sixth Floor
                                           1313 North Market Street
                                           P.O. Box 951
                                           Wilmington, Delaware 19899-0951
                                           (302) 984-6042 – Telephone
                                           (302) 658-1198 – Facsimile
                                           jbrady@potteranderson.com – Email

OF COUNSEL:

Jeffrey G. Huvelle, Esquire            *Attorneys for Defendant Verizon*
Elizabeth R. Jungman, Esquire          *Communications Inc.*
COVINGTON & BURLING
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2401
(202) 662-6000 – Telephone
(202) 662-6291 – Facsimile
jhuvelle@cov.com – Email
ejungman@cov.com - Email

Dated:  December 12, 2005
PA&C-709761