## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM L. HICKEY,<br>       on behalf of himself and all<br>       others similarly situated,<br><br>                          Plaintiff,<br><br>              v.<br><br>VERIZON COMMUNICATIONS, INC.,<br>       a Delaware corporation,<br><br>                          Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No.: 05-735-JJF<br>)<br>)<br>)<br>)<br>)<br>) |

### STIPULATION

IT IS HEREBY STIPULATED AND AGREED between the parties by and through their undersigned counsel, and subject to the approval of the Court, that the time within which Defendant shall answer, move, or otherwise respond to the Amended Complaint is extended to and including January 30, 2006.

| ROSENTHAL, MONHAIT, GROSS & GODDESS, P.A. | POTTER ANDERSON & CORROON LLP |
|---|---|
| By /s/ Kevin Gross<br>    Kevin Gross (#209)<br>    919 North Market Street<br>    Suite 1401<br>    Wilmington, Delaware  19899<br>    (302) 656-4433 | By /s/ Jennifer Gimler Brady<br>    Jennifer Gimler Brady (#2874)<br>    Hercules Plaza, 6th Floor<br>    1313 North Market Street<br>    Wilmington, Delaware  19899<br>    (302) 984-6000 |
| Jordan M. Lewis<br>Wood R. Foster Jr.<br>Siegel, Brill, Greupner, Duffy & Foster,<br>    P.A.<br>1845 Walnut Street, 24th Floor<br>Philadelphia, PA  19103<br>(215) 814-9322 | Jeffrey G. Huvelle<br>Covington & Burling<br>1201 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>(202) 662-6000<br><br>*Attorneys for Defendant* |

Peter N. Wasylyk
Law Offices of Peter N. Wasylyk
1304 Chalkstone Avenue
Providence, RI  02908
(401) 831-7730

*Attorneys for Plaintiff*

        IT IS SO ORDERED this _____ day of _____, 2006.

                                            _____
                                            United States District Judge

714167v1