# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM L. HICKEY, on behalf of himself and all others similarly situated, | ) ) ) ) |
| Plaintiff, | ) ) ) Case No.: 05-735-JJF |
| v. | ) ) |
| VERIZON COMMUNICATIONS, INC., a Delaware corporation, | ) ) ) |
| Defendant. | ) ) |

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED between the parties by and through their undersigned counsel, and subject to the approval of the Court, that the time within which Plaintiff shall answer or otherwise respond to the Defendant's Motion to Dismiss the Amended Complaint is extended to and including February 24, 2006, and that time within which Defendant shall reply is extended to and including March 7, 2006.

| ROSENTHAL, MONHAIT, GROSS & GODDESS, P.A. | POTTER ANDERSON & CORROON LLP |
|---|---|
| By /s/ Kevin Gross | By /s/ Jennifer Gimler Brady |
| Kevin Gross (#209) | Jennifer Gimler Brady (#2874) |
| 919 North Market Street | Hercules Plaza, 6th Floor |
| Suite 1401 | 1313 North Market Street |
| Wilmington, Delaware 19899 | Wilmington, Delaware 19899 |
| (302) 656-4433 | (302) 984-6000 |
| | |
| Jordan M. Lewis | Jeffrey G. Huvelle |
| Wood R. Foster Jr. | Covington & Burling |
| Siegel, Brill, Greupner, Duffy & Foster, P.A. | 1201 Pennsylvania Avenue, NW |
| 1845 Walnut Street, 24th Floor | Washington, DC 20004 |
| Philadelphia, PA 19103 | (202) 662-6000 |

DC: 2039740-2

(215) 814-9322 *Attorneys for Defendant*

Peter N. Wasylyk
Law Offices of Peter N. Wasylyk
1304 Chalkstone Avenue
Providence, RI  02908
(401) 831-7730

*Attorneys for Plaintiff*

       IT IS SO ORDERED this _____ day of _____, 2006.

       _____
       United States District Judge

714167v1