IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM L. HICKEY,<br>    on behalf of himself and all<br>    others similarly situated,<br><br>                        Plaintiff,<br><br>v.<br><br>VERIZON COMMUNICATIONS, INC.,<br>    a Delaware corporation,<br><br>                        Defendant. | )<br>)<br>)<br>)<br>)  Case No. 05-735-JJF<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Jordan M. Lewis, Esquire, Siegel, Brill, Greupner, Duffy Foster, P.A. 1845 Walnut Street, 24th Floor, Philadelphia, PA 19103 to represent Plaintiff William Hickey in this matter.

Dated: February 28, 2006

                                          ROSENTHAL, MONHAIT, GROSS
                                          & GODDESS, P.A.

                                          By: _____
                                          Kevin Gross (DE Bar I.D. #209)
                                          919 North Market Street, Suite 1401
                                          Wilmington, Delaware 19899
                                          (302) 656-4433

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rules 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Minnesota, State of Wisconsin and State of Pennsylvania, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 01/01/05, I further certify that the fee payment has been paid to the Clerk's Office upon the filing of this motion.

Dated: 2/27/06

Jordan M. Lewis, Esq.
Siegel, Brill, Greupner, Duffy &
Foster, P.A.
1845 Walnut Street
24th Floor
Philadelphia, PA 19103

## ORDER GRANTING MOTION

**IT IS HEREBY ORDERED** that counsel's motion for admission *pro hac vice* is granted.


Dated: _____, 2006            _____
                                                Judge, USDC

## CERTIFICATE OF SERVICE

I, Kevin Gross, hereby certify that on this 28th day of February, 2006, I caused a copy of the foregoing to be served upon the following persons by first class mail:

Elizabeth R. Jungman, Esquire  
Jeffrey G. Huvelle, Esquire  
Covington & Burling  
1201 Pennsylvania Avenue, N.W.  
Washington, DC 200004-2401  

Jennifer Gimler Brady, Esquire  
Potter Anderson & Corroon LLP  
1313 N. Market Street  
Hercules Plaza, 6th Floor  
Wilmington, DE 19899-0951  

_____  
Kevin Gross