## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM L. HICKEY,<br>    on behalf of himself and all<br>    others similarly situated,<br><br>                      Plaintiff,<br><br>v.<br><br>VERIZON COMMUNICATIONS, INC.,<br>    a Delaware corporation,<br><br>                      Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No. 05-735-JJF<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### SUBSTITUTION OF COUNSEL

PLEASE ENTER the appearance of JEFFREY S. GODDESS, ESQUIRE, as attorney for plaintiff William L. Hickey.

/s/ Jeffrey S. Goddess
Jeffrey S. Goddess (No. 630)
Rosenthal, Monhait, Gross & Goddess, P.A.
Suite 1401, 919 Market Street
P. O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
   Attorney for Plaintiff

PLEASE WITHDRAW the appearance of KEVIN GROSS, ESQUIRE as attorney for plaintiff William L. Hickey, who will hereinafter be represented by Mr. Goddess, who has entered his appearance.

/s/ Kevin Gross
Kevin Gross (No. 209)
Rosenthal, Monhait, Gross & Goddess, P.A.
Suite 1401, 919 Market Street
P. O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
   Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I, Kevin Gross, hereby certify that on this 28th day of February, 2006, I caused a copy of the foregoing to be served upon the following persons by first class mail:

Elizabeth R. Jungman, Esquire
Jeffrey G. Huvelle, Esquire
Covington & Burling
1201 Pennsylvania Avenue, N.W.
Washington, DC 20004-2401

Jennifer Gimler Brady, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
Wilmington, DE 19899-0951

Kevin Gross