**ROSENTHAL, MONHAIT, GROSS & GODDESS, P. A.**
ATTORNEYS AT LAW
SUITE 1401, 919 MARKET STREET
P. O. BOX 1070
WILMINGTON, DELAWARE 19899-1070

JOSEPH A. ROSENTHAL
NORMAN M. MONHAIT
KEVIN GROSS
JEFFREY S. GODDESS
CARMELLA P. KEENER
EDWARD B. ROSENTHAL
JESSICA ZELDIN

TELEPHONE (302) 656-4433
FACSIMILE (302) 658-7567
E-MAIL RMGG@RMGGLAW.COM

March 9, 2006

**VIA ELECTRONIC FILING/HAND DELIVERY**

The Hon. Joseph J. Farnan, Jr.
United States District Court
844 King Street
Wilmington, DE 19801

RE: **Hickey v. Verizon**
**D.Del., C.A. No. 05-735 JJF**

Dear Judge Farnan:

Briefing is complete on defendant's motion to dismiss, with the service earlier this week of defendant's reply brief.

On behalf of plaintiff, and in accordance with D.Del. LR 7.1.4, I write to request oral argument on defendant's motion.

Respectfully yours,

Jeffrey S. Goddess (Del. Bar No. 630)

JSG/cmw
cc: Jennifer Gimler Brady, Esquire (Via electronic filing)
Jordan Lewis, Esquire (Via e-mail)