```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF DELAWARE
```

WILLIAM L. HICKEY,                :
    on behalf of himself   :
    and all others         :
    similarly situated,    :
                           :
              Plaintiff,  :
                           :
    v.                          :  Civil Action No.: 05-735-JJF
                           :
VERIZON COMMUNICATIONS, INC.,     :
    a Delaware corporation'       :
                           :
              Defendant.  :

## O R D E R

At Wilmington, this 24 day of March, 2006, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that Defendant's Motion To Dismiss Plaintiff's Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) (D.I. 13; D.I. 18.) is **GRANTED**.

                                                        /s/ Joseph J. Farnan, Jr.
                                              UNITED STATES DISTRICT JUDGE